UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **08-20650-CR-COOKE**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**GLENN ROBERTS,**

        Defendant.

_____/

**DEFENDANT GLENN ROBERTS' MOTION IN LIMINE**

Defendant, GLENN ROBERTS, through counsel, moves in limine for the Court to limit the Government from bringing before the jury the following testimony:

1. On July 17, 2008, ANTONIO ROBERTS, the co-defendant in this case, was arrested by FBI SA Dameon C. Hutton and Kevin Mullins at the Miami-Dade Police Department. According to the FBI FD-302, Mr. Antonio Roberts waived his right to counsel and furnished a statement to government agents. During the taking of that statement, agents asked Antonio Roberts about Glenn Roberts. Antionio Roberts identified a photograph of Glenn Roberts indicating that Glenn is his brother.

2. Defendant seeks to have the Government redact that portion of the statement where Antonio Roberts states the following:

> ".... GLENN has associated with 'knuckleheads' in the past and has been involved in 'hustling' drugs in the past, although ROBERTS was not sure what kind of drugs he sold. ROBERTS did not believe that GLENN was currently selling drugs and stated that he now had a job with Ryder as a driver.
>
> "ROBERTS said his brother GLENN ROBERTS has the same problem CONEY has in that he hangs out with 'knuckleheads' and is one himself. To ROBERTS knowledge, GLENN doesn't buy or sell drugs. GLENN used to 'hustle' dope, but ROBERTS said he didn't know what kind. One of GLENN's buddies went to prison for selling dope, but according to ROBERTS, GLENN is not currently selling and has a legitimate job with Ryder."

3.   GLENN ROBERTS seeks for the Court to redact that portion of ANTONIO ROBERTS' statement so that it is not heard before the jury as GLENN ROBERTS would be unable to cross-examine ANTONIO ROBERTS as to the statement in violation of the Sixth Amendment Right of Confrontation and inline with the *Bruton* cases.

WHEREFORE, Defendant, GLENN ROBERTS, respectfully moves the Court to grant the relief sought herein.

>Respectfully submitted,
>SCOTT W. SAKIN, P.A.
>Attorney for Glenn Roberts
>1411 N.W. NORTH RIVER DRIVE
>MIAMI, FLORIDA 33125
>(305) 545-0007 Tel.
>(305) 325-0331 Fax.
>
>By: _____/s_____
>SCOTT W. SAKIN
>Florida Bar No. 349089

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the CM/ECF system and copies of same distributed to all counsel of record and all known interested parties on this 14th day of October, 2009.

By: _____/s_____
SCOTT W. SAKIN
Florida Bar No. 349089